FRED EDWARDS v. STATE.

No. A-903.   Opinion Filed November 14, 1911.

Appeal from Blaine County Court; Geo. W. Ferguson, Judge.

Fred Edwards was convicted of a violation of the prohibition law, and appeals.   Appeal dismissed.

Seymour Foose, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted in the county court of Blaine county of a violation of the prohibition law, and on May 29th, 1910, was sentenced to serve a term of thirty days in the county jail, and to pay a fine of one hundred dollars.   No brief has been filed, and no appearance made on behalf of the defendant in error in this court at the time the cause was assigned for oral argument and final submission.   The Attorney General has filed his motion to dismiss for failure to prosecute the appeal, under rule 4.   We have examined the pleadings, instructions of the court, and exceptions taken thereto, and the judgment and sentence, and we have discovered no error which will warrant a reversal of the judgment.   The judgment is therefore affirmed, and the cause remanded to the county court of Blaine county with direction to enforce its judgment therein.

---

NICK NOVOKOVICH v. STATE.

No. A-1158.   Opinion Filed November 16, 1911.

Appeal from District Court, Muskogee County; John H. King, Judge.

Nick Novokovich was convicted of the crime of assault with intent to kill, and appeals.   Appeal dismissed.

Allen & Nichols, for plaintiff in error.

PER CURIAM.   The plaintiff in error, Nick Novokovich, was convicted in the district court of Muskogee county upon an information wherein he was charged with the crime of assault with intent to kill by shooting one George Panos.   On November 28, 1910, judgment was entered and he was sentenced in accordance with the verdict of the jury, to be imprisoned in the penitentiary for a term of one year and one day.   From the judgment and sentence an appeal was perfected by filing in this court on May 26, 1911, a petition in error with case-made.   On November 15, 1911, the plaintiff in error filed his motion to dismiss said appeal and requesting that the district court of Muskogee county be directed to immediately enforce its judgment by ordering said plaintiff in error to be committed to the penitentiary at McAlester to serve his sentence.   The motion to dismiss the appeal is hereby granted, the appeal dismissed and the cause forthwith remanded to the district court of Muskogee county with direction to cause its judgment therein to be carried into execution without delay.